# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JACK FERM,<br><br>              Plaintiff,<br><br>vs.<br><br>COLLEEN MCCARTY, et al.,<br><br>              Defendants. | Case No. 2:12-cv-00782-GMN-PAL<br><br>**ORDER**<br><br>(Mtn for Sanctions - Dkt. #30)<br>(Mtn to Withdraw - Dkt. #49) |

This matter is before the court on Plaintiff Jack Ferm's Motion for Sanctions Pursuant to Rule 11 of the Federal Rules of Civil Procedure (Dkt. #30); Defendants' Colleen McCarty's, KLAS, LLC's, and Steve Kanigher's Response (Dkt. #42); Plaintiff's Motion to Withdraw the Motion for Sanctions (Dkt. #49); Defendants' Response (Dkt. #59); and Plaintiff's Reply (Dkt. #79).

The undersigned entered an Order and Report of Findings and Recommendation recommending that Plaintiff's First Amended Complaint be dismissed with leave to amend. The court found that Plaintiff had not adequately established the court's subject matter jurisdiction or complied with Rule 8 of the Federal Rules of Civil Procedure and recommended dismissal of the First Amended Complaint (Dkt. #5) with leave to amend. Accordingly,

**IT IS ORDERED:**

1. Plaintiff's Motion to Withdraw (Dkt. #49) is GRANTED.
2. Plaintiff's Motion for Sanctions (Dkt. #30) is DEEMED WITHDRAWN.
3. Defendants' counter-request for sanctions is DENIED.

Dated this 28th day of January, 2013.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE