|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JACK FERM,                                        )
                                                  )
                              Plaintiff,          )   Case No. 2:12-cv-00782-GMN-PAL
                                                  )
vs.                                               )          **ORDER**
                                                  )
COLLEEN MCCARTY, et al.,                          )   (Mtn to Exclude Evidence - Dkt. #53)
                                                  )
                              Defendants.         )
_____           )

   This matter is before the court on Plaintiff Jack Ferm's Second Rule 403 Motion to Exclude Evidence for Unfair Prejudice, Confusion of Issues, Cumulative and as a Waste of Time (Dkt. #53); Defendants Colleen McCarty's, KLAS, LLC's, and Steve Kanigher's Response (Dkt. #58); and Plaintiff's Reply (Dkt. #77).

   Plaintiff's Motion seeks an order excluding evidence submitted by Defendants in support of their Response (Dkt. #45) to Plaintiff's Motion for Partial Summary Judgment on False Light Claims (Dkt. #31). On January 28, 2013, the undersigned entered an Order denying Defendant's Motion for Judicial Notice (Dkt. #11) and a Report of Findings and Recommendation recommending that Defendants' Motion to Dismiss (Dkt. #10) be granted and Plaintiff's First Amended Complaint (Dkt. #5) be dismissed with leave to amend. *See* Order and R&R (Dkt. #109). The court found that Plaintiff had not established the court's subject matter jurisdiction or complied with Rule 8 of the Federal Rules of Civil Procedure. The court has also recommended that Plaintiff's Motions for Summary Judgment (Dkt. ##16, 23, 31) be denied as the First Amended Complaint is deficient, and it is not clear that the court has subject matter jurisdiction.

/ / /

/ / /

For the same reasons,

**IT IS ORDERED** that Plaintiff's Second Motion to Exclude Evidence (Dkt. #53) is DENIED.

Dated this 29th day of January, 2013.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE