UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

|  |  |
|---|---|
| JACK FERM, | ) |
|  | ) |
| Plaintiff, | ) Case No. 2:12-cv-00782-GMN-PAL |
|  | ) |
| vs. | ) **ORDER** |
|  | ) |
| COLLEEN MCCARTY, et al., | ) (Mtn to Strike - Dkt. #62) |
|  | ) |
| Defendants. | ) |

This matter is before the court on Plaintiff's Motion to Strike Reply Brief or Specific Content in Defendants' Motion to Stay Discovery (Dkt. #62); and Defendants Colleen McCarty's, KLAS, LLC's, and Steve Kanigher's Response (Dkt. #88).

Plaintiff seeks an order striking Defendants' Reply (Dkt. #47) filed in support of their Motion to Stay Discovery (Dkt. #35) on the grounds that the Reply contains misrepresentations of law and fact. Having reviewed the Motion, the court concludes this is one of many papers filed in this case in a never-ending quest to have the last word. On October 23, 2012, the undersigned held a hearing on Defendants' Motion to Stay Discovery. *See* Minutes of Proceedings (Dkt. #73). The court granted the Motion to Stay Discovery for the reasons stated on the record. *Id.* On November 5, 2012, the court entered a written Order (Dkt. #100) staying further filings in this case until the court ruled on an ever-expanding number of pending motions. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Strike Reply Brief (Dkt. #62) is DENIED.

Dated this 29th day of January, 2013.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE