# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JACK FERM, | |
| Plaintiff, | Case No. 2:12-cv-00782-GMN-PAL |
| vs. | **ORDER** |
| COLLEEN MCCARTY, et al., | (Mtn for Judicial Notice - Dkt. #106) |
| Defendants. | |

This matter is before the court on Plaintiff Jack Ferm's Motion for Judicial Notice (Dkt. #106). On November 5, 2012, the court entered an Order (Dkt. #100) staying all further proceedings in this case until further order of the court. Plaintiff's Motion was filed after this Order was entered on November 9, 2012.

However, the court is aware that Plaintiff resides in St. George, Utah, and mails his submissions to the court. The instant Motion is dated November 7, 2012. The court's Order (Dkt. #100) staying this case was entered on November 6, 2012, and send by regular U.S. mail to Plaintiff on that same date. *See* Notice of Electronic Filing re: Order (Dkt. #100). Affording Plaintiff the benefit of the doubt, it appears the Motion and the Order may have crossed in the mail.

The Motion requests the court take judicial notice of a Ninth Circuit opinion entered in *Ferm v. U.S. Trustee* on October 7, 1999. The only articulated reason for the court to do so is Plaintiff's assertion that "[s]ince Mr. Kennedy has attempted to make an issue of the Cheryl Crowe case[,] the court should have the entire picture." Plaintiff does not refer to any specific document in which Defendants cite the Crowe case. The court will not filter through the voluminous filings in this case to decipher Plaintiff's request.

/ / /

/ / /

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Judicial Notice (Dkt. #106) is DENIED.

Dated this 29th day of January, 2013.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE