# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JACK FERM, | |
| Plaintiff, | Case No. 2:12-cv-00782-GMN-PAL |
| vs. | **ORDER** |
| COLLEEN MCCARTY, et al., | (Mtn to Declare - Dkt. #76) |
| Defendants. | |

This matter is before the court on Plaintiff Jack Ferm's Motion to Have Todd Kennedy Declared a Vexatious Litigant Based on the Record in this Case (Dkt. #76); Defendants Colleen McCarty's, KLAS, LLC's, and Steve Kanigher's Response (Dkt. #103); and Plaintiff's Reply (Dkt. #108). The court has considered the parties' papers.

**IT IS ORDERED** that Plaintiff's Motion to Have Todd Kennedy a Vexatious Litigant (Dkt. #76) is DENIED.

Dated this 29th day of January, 2013.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE