# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JACK FERM,<br><br>    Plaintiff,<br><br>vs.<br><br>COLLEEN MCCARTY, et al.,<br><br>    Defendants. | Case No. 2:12-cv-00782-GMN-PAL<br><br>**ORDER**<br><br>(Mtn to Strike - Dkt. ##70, 74) |

This matter is before the court on Plaintiff Jack Ferm's Motions to Strike the Entire Declaration of Todd Kennedy under Evidence Rule 608 and 701 (Dkt. ##70, 74); Defendants Colleen McCarty's, KLAS, LLC's, and Steve Kanigher's Responses (Dkt. ##98, 99); and Plaintiff's Reply (Dkt. #107).

As an initial matter, the court has reviewed the Motions to Strike, and they are nearly identical. Plaintiff's Reply clarifies that "[f]or some reason there has been a duplicative motion filed. This was not by intent; Plaintiff only intended to bring the Motion one time and accordingly withdraws the duplicative second motion, so far as it was duplicative." Reply at 1:21-23.

The Motion itself seeks an order striking the declaration of Todd Kennedy. Plaintiff has not specified which declaration of Mr. Kennedy he seeks to have stricken. The court does not have the time or resources to sift through the one hundred filings by the parties to find some declaration somewhere in the flurry of papers that have been filed in this case to date. Plaintiff's Reply does not clarify which declaration he seeks to strike. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Strike (Dkt. #70) is DENIED, and Plaintiff's duplicative Motion to Strike (Dkt. #74) is STRICKEN.

Dated this 29th day of January, 2013.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE