**BLACK & LOBELLO**
Todd E. Kennedy, Esq.
Nevada Bar No. 6014
10777 West Twain Avenue, Third Floor
Las Vegas, Nevada 89135
Telephone: (702) 869-8801
Facsimile: (702) 869-2669
Email: tkennedy@blacklobellowlaw.com
*Attorneys for Defendants, Colleen McCarty,*
*Steve Kanigher and KLAS, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Jack Ferm<br><br>Plaintiff,<br><br>v.<br><br>Colleen McCarty, Steve Kanigher, and KLAS, LLC<br><br>Defendants. | Case No.: 2:12-cv-00782-RFB-PAL<br><br>Request For Extension Of Time To Oppose Notice Of Motion And Motion For Order To Show Cause why Defamatory Content Should Not Be Removed From The 8newsnow.com Web/blog Site With Points And Authorities In Support Thereof (Dkt #164)<br><br>[FIRST REQUEST] |

Pursuant to LR-6-1 and 6-2, Defendants request an additional one week extension, until January 27, 2015, in which to file their points and authorities in opposition to the Motion filed by Plaintiff for a Preliminary Injunction (Dkt. #164), which was filed on January 5, 2015. In support of this request, Defendants state as follow:

1. Plaintiff filed and served his Injunction Motion on January 5, 2015, in open court during a previously scheduled hearing in this matter. According to the Rules, their opposition is presently due on January 20, 2015 (fourteen days after service, except that the 14th day is a holiday,

resulting in the due date moving to the next judicial day. FRCP 6(a)(1)).

2. Defendants requested at the hearing additional time to respond to the Motion, which the Court indicated on the record would be granted. Defendants were instructed by the Court to file this request to effect the requested extension.

3. Defendants require the additional time to address the issues raised in the motion and adequately prepare a responsive brief.

4. This is the first request for an extension.

Dated this 15th day of January, 2015.

BLACK & LOBELLO

By: _____
Todd E. Kennedy, Bar #6014
1077 W. Twain Ave., 3rd Floor
Las Vegas, Nevada 89135
(702) 869-8801
(702) 869-2669 (Fax)
tkennedy@blacklobellolaw.com
Attorneys for Defendants

**IT IS SO ORDERED:**

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**

**DATED this 16th day of January, 2015.**

2