Todd E. Kennedy, Nevada Bar No. 6014
**BLACK & LOBELLO**
1077 W. Twain Ave., 3rd Floor
Las Vegas, Nevada 89135
(702) 869-8801
(702) 869-2669 (Fax)
tkennedy@blacklobellolaw.com
mjaccarino@blacklobellolaw.com
*Attorneys for Defendants Colleen McCarty*
*Steve Kanigher and KLAS, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JACK FERM,<br><br>    Plaintiff,<br><br>vs.<br><br>COLLEEN MCCARTY, an individual;<br>STEVE KANIGHER, an individual; and<br>KLAS, LLC, a Nevada limited liability<br>company,<br><br>    Defendants. | Case No. 2:12-cv-00782-GMN-(PAL)<br><br>**STIPULATION AND ORDER FOR**<br>**DISMISSAL WITH PREJUDICE** |

Plaintiff Jack Ferm and Defendants Colleen McCarty, Steve Kanigher and KLAS, LLC stipulate as follows:

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

1. The Plaintiff and Defendants stipulate and agree that this action shall be dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated this 2nd day of December, 2015.                    Dated this 2nd day of December, 2015.

**BLACK & LOBELLO**                                       **JACK FERM**

_____                           _____
Todd E. Kennedy, Esq.                                     Jack Ferm
Nevada Bar No. 6014                                       1812 W. Sunset Blvd., Suite 1-134
*Attorneys for Plaintiff, Colleen McCarty,*               St. George, Utah 84770
*Steve Kanigher and KLAS, LLC*                            *Plaintiff Pro Per*

Dated this __2nd__ day of December, 2015.

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge